IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN JEROME JONES (TDCJ No. 1169005), | § § § § § § § § § § § | |
| Petitioner, | | |
| V. | | No. 3:18-cv-3112-M-BN |
| FNU SPURLOCK, ET AL., | | |
| Respondent. | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Therefore, to the extent that Petitioner attacks a criminal judgment entered by a state court in Tarrant County, his habeas petition is TRANSFERRED to the Fort Worth Division of the Northern District of Texas.

Further, because that same petition appears to raise civil rights claims, the Court SEVERS those claims into a new action that the Clerk of Court is DIRECTED to open (nature of suit 550 directly assigned, per Special Order 3-250, to Chief Judge Barbara M. G. Lynn and United States Magistrate Judge David L. Horan). That action shall then be TRANSFERRED to the Lufkin Division of the Eastern District

of Texas.

SO ORDERED this 19th day of December, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE